Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Maite Colon (SBN 322284)
maitec@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiffs VERONICA
BALLESTEROS PEREZ and JOSE
L. PEREZ

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
SHOOK HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone:  415-544-1900
Fascimile:   415-391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BALLESTEROS PEREZ and JOSE L. PEREZ,<br><br>                              Plaintiffs,<br><br>      vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 5:17-cv-02042-AB-FFM<br><br>Honorable Judge Andre Birotte<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

        TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Veronica Ballesteros Perez and Jose L. Perez (collectively "Plaintiffs") and Defendant Ford Motor Company (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties reached settlement of Plaintiffs' claims in this case and all settlement checks have been issued.

IT IS SO STIPULATED:

Respectfully Submitted,

Dated: August 9, 2023                **KNIGHT LAW GROUP, LLP**

*/s/ Maite Colon*
Roger Kirnos
Maite Colon
Attorneys for Plaintiffs VERONICA
BALLESTEROS PEREZ and JOSE
L. PEREZ

Dated: August 9, 2023                **SHOOK HARDY & BACON L.L.P.**

*/s/ Amir M. Nassihi*
Amir M. Nassihi
Attorneys for Defendant
FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Amir M. Nassihi, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

*/s/ Amir M. Nassihi*
Amir M. Nassihi